```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 04852
   GLENDA M SHOWERS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8261


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/20/2007 and was confirmed 08/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
AMERISTAR FINANCIAL        SECURED             .00           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        4087.00           .00            .00
CASHCALL INC               UNSECURED     NOT FILED           .00            .00
DEPENDON COLLECTION SE     UNSECURED     NOT FILED           .00            .00
FIRST CASH ADVANCE         UNSECURED     NOT FILED           .00            .00
ILLINOIS COLLECTION SERV   UNSECURED     NOT FILED           .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED     NOT FILED           .00            .00
MRSI                       UNSECURED     NOT FILED           .00            .00
MRSI                       UNSECURED     NOT FILED           .00            .00
MRSI                       UNSECURED     NOT FILED           .00            .00
MRSI                       UNSECURED     NOT FILED           .00            .00
MRSI                       UNSECURED     NOT FILED           .00            .00
OSI COLLECTION SERVICE     UNSECURED     NOT FILED           .00            .00
PEOPLES GAS & LIGHT        UNSECURED       1141.29           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       3852.29           .00            .00
SEARS ROEBUCK              UNSECURED     NOT FILED           .00            .00
SUN CASH                   UNSECURED     NOT FILED           .00            .00
SWISS COLONY               UNSECURED        208.39           .00            .00
TRIAD FINANCIAL CORP       UNSECURED     NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED       1166.42           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    2,484.00                      1,620.31
TOM VAUGHN                 TRUSTEE                                        118.99
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  1,739.30

PRIORITY                                             .00
SECURED                                              .00

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 04852 GLENDA M SHOWERS
```

```
UNSECURED                                                           .00
ADMINISTRATIVE                                                 1,620.31
TRUSTEE COMPENSATION                                             118.99
DEBTOR REFUND                                                       .00
                                        ----------------   ----------------
TOTALS                                         1,739.30           1,739.30
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/29/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE